**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | No. 2:18-cv-01190-CG-KRS |
| **Plaintiff,** vs. | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| **HIDALGO MEDICAL SERVICES; and KAIYRA SALCIDO** | |
| **Defendants.** | |

Plaintiff Philadelphia Indemnity Insurance Company and Defendants Hidalgo Medical Services ("HMS") and Kaiyra Salcido ("Salcido") hereby stipulate to extend the time for Defendants to file a response to Plaintiff's Complaint to April 23, 2019. The current deadline for HMS to respond to the complaint is February 26, 2019 and Dr. Salcido's response deadline is March 11, 2019. Good cause exists for extending the responsive deadlines. The parties are participating in a mediation for the underlying matter[1] on April 16, 2019, which may resolve this pending action. If the mediation is unsuccessful, the Defendants' responses to the Complaint would be due in a week on April 23, 2019.

Dated this 25th day of February, 2019.

                                                CHRISTIAN DICHTER & SLUGA, P.C.

                                                By: /s/ *Gena L. Sluga*
                                                      Gena L. Sluga
                                                      2700 N. Central Avenue, Suite 1200
                                                      Phoenix, AZ 85004
                                                      Tel: (602) 792-1700
                                                      Fax: (602) 792-1710
                                                      *Attorney for Plaintiff Philadelphia Insurance Company*

---

[1] *Kaiyra Salcido v. Hidalgo Medical Services*, Sixth Judicial District, Grant County, Case No. D-608-CV-2017-00381.

        SANDERS & WESTBROOK, P.C.

      By: /s/ *Duff Westbrook (w/ permission)*
        Duff Westbrook
        102 Granite Avenue NW
        Albuquerque, NM 87102
        duff@sanwestlaw.com
        Tel: (505) 243-2243
        *Attorney for Defendant Kaiyra Salcido*


        PEIFER, HANSON & MULLINS, P.A.

      By: /s/ *Robert E. Hanson (w/ permission)*
        Robert E. Hanson
        PO Box 25245
        Albuquerque, NM 87125
        Tel: (505) 247-4800
        *Attorney for Defendant Hidalgo Medical Services*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert E. Hanson
PEIFER, HANSON & MULLINS, P.A.
PO Box 25245
Albuquerque, NM 87125
rhanson@peiferlaw.com
Tel: (505) 247-4800
*Attorney for Defendant Hidalgo Medical Services*

Duff Westbrook
SANDERS & WESTBROOK, P.C.
102 Granite Avenue NW
Albuquerque, NM 87102
duff@sanwestlaw.com
Tel: (505) 243-2243
*Attorney for Defendant Kaiyra Salcido*


By: */s/ Harleigh Scott*