IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILADELPHIA INDEMNITY  No. 2:18-cv-01190-CG-KRS
INSURANCE COMPANY,

        **Plaintiff,**

vs.

HIDALGO MEDICAL SERVICES; and
KAIYRA SALCIDO

        **Defendants.**

### ORDER EXTENDING TIME TO ANSWER OR RESPOND

Upon consideration of the parties' Joint Stipulation to Extend Time for Defendants to Respond to Complaint, and good cause appearing:

IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to Plaintiff's complaint on or before **April 23, 2019**.

 

Kevin Sweazea
United States Magistrate Judge

1